UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY EDIE,<br><br>            Plaintiff,<br><br>      v.<br><br>LOS ANGELES COUNTY<br>SHERIFF LEE BACA, et al.,<br><br>            Defendants. | Case No. CV 03-6917 ABC (JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to the concurrently filed Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that:  (1) the Motions to Dismiss filed by defendants Mary House, William Scharfen, Dennis Timmins, Gerald McDowell, and Robert Bender are granted; (2) the Fifth Amended Complaint is dismissed without leave to amend; and (3) judgment be entered in favor of all defendants in this action.

IT IS SO ADJUDGED AND ORDERED.

DATED: October 19, 2009

_Avery B. Collins_

_____

HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE